

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00270-CV

| | | |
|---|---|---|
| FREDRICK MUMPHREY, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2025-002066-1) |
| V. | | |
| | § | August 7, 2025 |
| WARD WILLIAMS D/B/A WSW ENTERPRISES, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM